JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| AERIN MURPHY, individually and on behalf of all others similarly situated | MOM Enterprises, LLC d/b/a Mommy's Bliss |

| **(b)** County of Residence of First Listed Plaintiff  Santa Cruz<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
|---|---|
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>L. Timothy Fisher, Bursor & Fisher, P.A., 1990 N. California Blvd,<br>Suite 940, Walnut Creek, CA 94596, Tel.: 925-300-4455 | Attorneys *(If Known)* |

## II.   BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government Plaintiff | ☐ 3   Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government Defendant | ☒ 4   Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III.   CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.   NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of<br>    Overpayment Of<br>    Veteran's Benefits<br>151 Medicare Act<br>152 Recovery of Defaulted<br>    Student Loans (Excludes<br>    Veterans)<br>153 Recovery of<br>    Overpayment<br>    of Veteran's Benefits<br>160 Stockholders' Suits<br>190 Other Contract<br>195 Contract Product Liability<br>196 Franchise | **PERSONAL INJURY**<br>310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers'<br>    Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product<br>    Liability<br>360 Other Personal Injury<br>362 Personal Injury -Medical<br>    Malpractice | **PERSONAL INJURY**<br>365 Personal Injury – Product<br>    Liability<br>367 Health Care/<br>    Pharmaceutical Personal<br>    Injury Product Liability<br>368 Asbestos Personal Injury<br>    Product Liability<br>**PERSONAL PROPERTY**<br>☒ 370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property<br>    Damage<br>385 Property Damage Product<br>    Liability | 625 Drug Related Seizure of<br>    Property 21 USC § 881<br>690 Other<br><br>**LABOR**<br>710 Fair Labor Standards Act<br>720 Labor/Management<br>    Relations<br>740 Railway Labor Act<br>751 Family and Medical<br>    Leave Act<br>790 Other Labor Litigation<br>791 Employee Retirement<br>    Income Security Act<br>**IMMIGRATION**<br>462 Naturalization<br>    Application<br>465 Other Immigration<br>    Actions | 422 Appeal 28 USC § 158<br>423 Withdrawal 28 USC<br>    § 157<br>**PROPERTY RIGHTS**<br>820 Copyrights<br>830 Patent<br>835 Patent—Abbreviated New<br>    Drug Application<br>840 Trademark<br>880 Defend Trade Secrets<br>    Act of 2016<br>**SOCIAL SECURITY**<br>861 HIA (1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g))<br>864 SSID Title XVI<br>865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>870 Taxes (U.S. Plaintiff or<br>    Defendant)<br>871 IRS–Third Party 26 USC<br>    § 7609 | 375 False Claims Act<br>376 Qui Tam (31 USC<br>    § 3729(a))<br>400 State Reapportionment<br>410 Antitrust<br>430 Banks and Banking<br>450 Commerce<br>460 Deportation<br>470 Racketeer Influenced &<br>    Corrupt Organizations<br>480 Consumer Credit<br>485 Telephone Consumer<br>    Protection Act<br>490 Cable/Sat TV<br>850 Securities/Commodities/<br>    Exchange<br>890 Other Statutory Actions<br>891 Agricultural Acts<br>893 Environmental Matters<br>895 Freedom of Information<br>    Act<br>896 Arbitration<br>899 Administrative Procedure<br>    Act/Review or Appeal of<br>    Agency Decision<br>950 Constitutionality of State<br>    Statutes |
| **REAL PROPERTY**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property | **CIVIL RIGHTS**<br>440 Other Civil Rights<br>441 Voting<br>442 Employment<br>443 Housing/<br>    Accommodations<br>445 Amer. w/Disabilities–<br>    Employment<br>446 Amer. w/Disabilities–Other<br>448 Education | **PRISONER PETITIONS**<br>**HABEAS CORPUS**<br>463 Alien Detainee<br>510 Motions to Vacate<br>    Sentence<br>530 General<br>535 Death Penalty<br>**OTHER**<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br>560 Civil Detainee–<br>    Conditions of<br>    Confinement | | | |

## V.   ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1   Original<br>    Proceeding | ☐ 2   Removed from<br>    State Court | ☐ 3   Remanded from<br>    Appellate Court | ☐ 4   Reinstated or<br>    Reopened | ☐ 5   Transferred from<br>    Another District *(specify)* | ☐ 6   Multidistrict<br>    Litigation–Transfer | ☐ 8   Multidistrict<br>    Litigation–Direct File |

## VI.   CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sec. 1332(d)

Brief description of cause:
Defendant sold gripe water products for newborns that do not work as advertised.

## VII.   REQUESTED IN COMPLAINT:

☑ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ 5,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII.   RELATED CASE(S), IF ANY *(See instructions):*

JUDGE _____   DOCKET NUMBER _____

## IX.   DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*     ☐ SAN FRANCISCO/OAKLAND     ☒ SAN JOSE     ☐ EUREKA-MCKINLEYVILLE

| DATE   02/25/2022 | SIGNATURE OF ATTORNEY OF RECORD   /s/ L. Timothy Fisher |
|---|---|