**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck (*pro hac vice* forthcoming)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com
          sbeck@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AERIN MURPHY, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>     v.<br><br>MOM ENTERPRISES, LLC d/b/a MOMMY'S BLISS,<br><br>                                        Defendant. | Case No.: 5:22-cv-01205-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Hon. Beth Labson Freeman |

It is hereby stipulated by and between Aerin Murphy ("Plaintiff") and MOM ENTERPRISES, LLC d/b/a Mommy's Bliss ("Defendant") (collectively the "Parties") through their respective counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and fees.

Dated: December 30, 2022                                       Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     /s/ Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck (*pro hac vice* forthcoming)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com
            sbeck@bursor.com

*Counsel for Plaintiff*

Dated: December 30, 2022                                       Respectfully submitted,

**KELLER AND HECKMAN LLP**

By:   /s/ Robert S. Niemann

Robert S. Niemann (SBN 87973)
Natalie E. Rainer (SBN 252456)
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Tel: (415) 948-2800
Email: niemann@khlaw.com
Email: rainer@khlaw.com

*Counsel for Defendant MOM Enterprises, LLC d/b/a Mommy's Bliss*

**ATTESTATION**

Pursuant to N. D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

                                                   */s/ Sarah N. Westcot*
                                                   Sarah N. Westcot